

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2014

No. 04-14-00673-CV

**IN RE** John P. **CLEMENT** IV, M.D.
and South Texas Radiology Imaging Centers

Original Mandamus Proceeding[1]

### ORDER

Sitting:     Sandee Bryan Marion, Justice
          Patricia O. Alvarez, Justice
          Luz Elena D. Chapa, Justice

On September 25, 2014, relators filed a petition for writ of mandamus and a motion for emergency relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than October 10, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for emergency relief is GRANTED. The oral deposition of Walton Albert Rutledge is TEMPORARILY STAYED pending further order of this court.

It is so **ORDERED** on September 26th, 2014.          PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle
                  Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-11620, styled *In re Walton Albert Rutledge*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.